## SORANNO v. UNITED STATES.

No. 838. Decided June 9, 1969.

*J. B. Tietz* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Leonard H. Dickstein* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated and the case is remanded to the United States District Court for the Eastern District of California for further consideration in light of *McKart* v. *United States, ante,* p. 185.

## MEEKER v. WALKER ET UX.

No. 1293. Decided June 9, 1969.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted. The judgment is affirmed.